IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parker, Mellini M

Printed: 4/8/08

Case Number: 07 B 16847
Judge: Hollis, Pamela S
Filed: 9/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: November 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 600.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 346.00 |
| Trustee Fee: |  | 54.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 346.00 |
| 2. | Santander Consumer USA | Secured | 10,772.87 | 600.00 |
| 3. | Imagine Mastercard | Unsecured | 363.71 | 0.00 |
| 4. | Sallie Mae | Unsecured | 2,660.80 | 0.00 |
| 5. | Sallie Mae | Unsecured | 4,308.21 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 380.00 | 0.00 |
| 7. | Heights Finance Corp | Unsecured | 1,503.45 | 0.00 |
| 8. | Santander Consumer USA | Unsecured | 5,099.30 | 0.00 |
| 9. | Check Into Cash | Unsecured | | No Claim Filed |
| 10. | City Of Markham | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 13. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 14. | Receivables Performance | Unsecured | | No Claim Filed |
| 15. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| | | | $ 28,581.34 | $ 946.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |
| | $ 54.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Parker, Mellini M | Case Number:  07 B 16847 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  9/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

